UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DELTA LIMITED** )<br>)<br>**Plaintiff,** )<br>)<br>)     Civil Action No. 04-2106 (RCL)<br>**v.** )<br>)<br>)<br>**U.S. CUSTOMS AND BORDER** )<br>**PROTECTION BUREAU** )<br>)<br>**Defendant.** )<br>) | |

### ORDER

For the reasons set forth in the accompanying memorandum opinion, defendant's motion [12] for summary judgment is GRANTED as to all exemptions and withholdings EXCEPT for those documents that have been withheld or redacted solely based on Exemption 4.

It is also hereby ORDERED that plaintiff's cross-motion [14] for summary judgment be DENIED as to all exemptions and withholdings with the exception of those documents withheld or redacted solely based on Exemption 4.  Accordingly, plaintiff's cross-motion [14] for summary judgment is GRANTED as to those redactions or withheld documents that rely only on Exemption 4.

It is hereby ORDERED that all withholdings and redactions that rely solely upon Exemption 4 be released to plaintiff.  In all other respects, judgment shall be entered for defendant.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 26, 2005.