UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELTA LIMITED,               ) | |
|                              ) | |
|     Plaintiff,        ) | |
|                              ) | |
| v.                           ) | Civil No. 04-2106 (RCL) |
|                              ) | |
| U.S. CUSTOMS AND BORDER      ) | |
| PROTECTION BUREAU,           ) | |
|                              ) | |
|     Defendant.       ) | |
| _____ ) | |

### ORDER

Upon consideration of defendant's motion [20] for reconsideration, the opposition and reply thereto, the record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion [20] for reconsideration is granted in part and denied in part; and it is further

ORDERED that the portion of the Court's Order of July 26, 2005 denying defendant's summary judgment motion and granting summary judgment for plaintiff on all documents and redactions withheld that rely on Exemption 4 is vacated and it is further

ORDERED that, upon reconsideration, defendant's motion for summary judgment is granted in part and denied in part, and it is further

ORDERED that plaintiff's motion for summary judgment is granted in part and denied in part, and it is further

ORDERED that all documents and redactions withheld, including but not limited to Document Nos. 001, 003, 006, 038, 040, 041, and 043, that rely solely on the involuntary

submission prong of Exemption 4 be released to plaintiff, and it is further

ORDERED that defendant may continue to withhold all documents and redactions, including but not limited to Document Nos. 012, 013, 016, 017, 024, 025, 026, 027, 028, 029, 030, that rely only on the voluntary submission prong of Exemption 4.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, October 14, 2005.